UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| OAKLAND POLICE AND FIRE RETIREMENT SYSTEM, THE CITY OF OAKLAND and THE EMPLOYEES' RETIREMENT SYSTEM OF THE CITY OF MONTGOMERY, individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br> v. <br><br> MAYER BROWN LLP, <br><br> Defendant. | Case No. 1:15-CV-06742 <br><br> JURY TRIAL DEMANDED |

## NOTICE OF APPEAL

Pursuant to Fed. R. App. P. 3, notice is hereby given that Plaintiffs Oakland Police and Fire Retirement System, the City of Oakland, and The Employees' Retirement System of the City of Montgomery hereby appeal to the United States Court of Appeals for the Seventh Circuit from the District Court's Memorandum Opinion and Order (Dkt. No. 56) and Judgment (Dkt. No. 57), which granted defendant Mayer Brown LLP's motion to dismiss and dismissed Plaintiffs' complaint.

Dated: July 20, 2016

Respectfully submitted,

/s/ *Edward F. Haber*
Edward F. Haber
Patrick Vallely
**SHAPIRO HABER & URMY LLP**
Seaport East
Two Seaport Lane
Boston, MA 02210
Ph: 617.439.3939
Fx: 617.439.0134
ehaber@shulaw.com
pvallely@shulaw.com

***Counsel for Plaintiff the Employees' Retirement System of the City of Montgomery and Co-Lead Counsel for the Putative Class***

Robert C. Schubert
Willem F. Jonckheer
Noah M. Schubert
Kathryn Y. Schubert
**SCHUBERT JONCKHEER & KOLBE LLP**
Three Embarcadero Ctr Ste 1650
San Francisco, CA 94111
Ph: 415.788.4220
Fx: 415.788.0161
rschubert@schubertlawfirm.com
wjonckheer@schubertlawfirm.com
nschubert@schubertlawfirm.com
kschubert@schubertlawfirm.com

*Counsel for Plaintiffs Oakland Police and Fire Retirement System, the City of Oakland, and Co-Lead Counsel for the Putative Class*


Michael J. Freed
Robert J. Wozniak
Donald L. Sawyer
**FREED KANNER LONDON & MILLEN LLC**
2201 Waukegan Road, Suite 130 Bannockburn, IL 60015
Ph:224.632.4500
Fx:224.632.4521
mfreed@fklmlaw.com
rwozniak@fklmlaw.com
dsawyer@fklmlaw.com

*Liaison Counsel for Plaintiffs and the Putative Class*


Robert D. Segall
**COPELAND FRANCO PA**
444 South Perry Street
Montgomery, AL 36101
Ph: 334.834.1180
Fx: 334.834.3172
segall@copelandfranco.com

Roy Katriel
**THE KATRIEL LAW FIRM PC**
4224 Executive Square, Suite 600
La Jolla, CA 92037
Ph: 858.242.5642
Fx: 858.430.3719
rak@katriellaw.com

***Counsel for Plaintiff The Employees' Retirement System of the City of Montgomery and the Putative Class***

Andy Katz
**LAW OFFICES OF ANDY KATZ**
2120 University Avenue
Berkeley, CA 94704
Ph: 510.465.4400
Fx: 510.679.3277
andy@andykatzlaw.com

***Counsel for Plaintiffs Oakland Police and Fire Retirement System, the City of Oakland, and the Putative Class***

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 20th day of July, 2016, a true copy of the above document was filed through the ECF system and sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

                                              */s/ Edward F. Haber*
                                              Edward F. Haber